UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

CASSANDRA POLLARD
CARL POLLARD

Case No.: 13-31852
Chapter: 7
Judge: Daniel Opperman

Debtors
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY ON BEHALF OF RPM AUTO SALES, INC. AND WAIVING FED.R.BANKR.P. 4001 (A)(3)

This matter having come before the Court on RPM Auto Sales Inc.'s ("Creditor") Motion for Relief from the Automatic Stay, filed by and through counsel, CHIMKO & ASSOCIATES, P.C.; notice and service have been properly effected; no objection to the Motion having been filed, or if filed same having been overruled or withdrawn; Creditor, being the holder of a valid, perfected and unavoided security interest in a 2006 Chrysler 300 (VIN: 2C3KA53G46H493542) (Acct No 56362R) ("Vehicle") to secure a claim Creditor; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Automatic Stay as provided by 11 U.S.C. 362, is hereby **VACATED** and **TERMINATED** as it applies to the enforcement by Creditor of any and all rights with respect to the Vehicle.

**IT IS FURTHER ORDERED** that if upon final disposition of the Vehicle by Creditor any funds remain after payment of any and all amounts which are due to Creditor, such balance shall be turned over to the Trustee for the benefit of the estate.

**IT IS FURTHER ORDERED** that Rule 4001(a)(3) is hereby waived.

**Signed on May 11, 2016**

                             **/s/ Daniel S. Opperman**
                              **Daniel S. Opperman**
                              **United States Bankruptcy Judge**