UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

CASSANDRA POLLARD
CARL POLLARD

Case No.: 13-31852
Chapter: 7
Judge: Daniel Opperman

Debtors
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY ON BEHALF OF RPM AUTO SALES, INC. AND WAIVING FED.R.BANKR.P. 4001 (A)(3)

This matter having come before the Court on May 11, 2016 at 9:30 A.M. on RPM Auto Sales Inc.'s ("Creditor") Motion for Relief from the Automatic Stay, filed by and through counsel, CHIMKO & ASSOCIATES, P.C.; notice and service have been properly effected; Creditor, being the holder of a valid, perfected and unavoided security interest in a 2002 GMC Yukon (VIN: 1GKEK13Z62R167207) (Acct No 54450R) ("Vehicle") to secure a claim for Creditor; counsel for both parties having engaged in oral arguments before the Court; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Automatic Stay as provided by 11 U.S.C. 362, is hereby **VACATED** and **TERMINATED** as it applies to the enforcement by Creditor of any and all rights with respect to the Vehicle.

**IT IS FURTHER ORDERED** that if upon final disposition of the Vehicle by Creditor any funds remain after payment of any and all amounts which are due to Creditor, such balance shall be turned over to the Trustee for the benefit of the estate.

.

**Signed on May 11, 2016**

                                  **/s/ Daniel S. Opperman**
                                  **Daniel S. Opperman**
                                  **United States Bankruptcy Judge**